Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY T. YOUNG,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>ROBERT A. HOREL,<br><br>　　　　　Respondent. | Case No. CV 07-7748-AHM(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a <u>de novo</u> determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; (3) the Court finds the pending petition does not comply with Rule 2(c) of the Rules Governing Section 2254 Cases, and Judgment should be entered dismissing it without prejudice; (4) the Court finds petitioner has failed to diligently prosecute this action, and Judgment shall be

entered dismissing the action without prejudice; and (5) petitioner's request to stay these proceedings is denied.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on the parties.

DATED: 2/20/08

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

R&Rs\07-7748.ado
1/22/08