UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY T. YOUNG,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT A. HOREL,<br><br>    Respondent. | Case No. CV 07-7748-AHM(RC)<br><br>JUDGMENT |

IT IS ADJUDGED that Judgment be entered dismissing the petition and action without prejudice.

DATE: 2/20/08

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

R&Rs\07-7748.jud
1/22/08